## MEMORANDUM DECISIONS.

BONSALL v. T. B. PEDDIE & CO. (Circuit Court of Appeals, Second Circuit. February 8, 1910.) No. 118. Appeal from the Circuit Court of the United States for the Southern District of New York. H. S. Mackaye, for appellant. Louis C. Raegener and S. L. Moody, for appellee. Before WARD and NOYES, Circuit Judges, and HOUGH, District Judge.

PER CURIAM. Decision affirmed, on opinion of Judge Ray (161 Fed. 564).

CARTER v. GOSS.† (Circuit Court of Appeals, Fifth Circuit. March 1, 1910.) No. 1,950. In Error to the Circuit Court of the United States for the Southern District of Texas. W. G. Love and J. C. Hutcheson, for plaintiff in error. John Charles Harris, Maurice E. Locke, and Eugene P. Locke, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. This case was before this court at a former term. Goss v. Carter, 156 Fed. 746, 84 C. C. A. 402. As we read the present record, no new questions are raised, and we adhere to our former decision. The judgment of the Circuit Court is affirmed.